E-FILED
Wednesday, 30 July, 2025  11:44:49 AM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| BENJAMIN McBROOM, | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.   22-3073 |
| MARK LANDERS, et al., | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    that Plaintiff Benjamin McBroom's action against Defendants Mark Landers and Rodney Boyd is dismissed; Plaintiff shall recover nothing on his claims against each of the named Defendants.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Jonathan E. Hawley    on a motion for
Summary Judgment as to Defendants Landers and Boyd. Defendants Bradley Hauge, Jim Crabtree, County of Logan, and Combined Public Communications were dismissed 3/8/2023 by Chief Judge Darrow on merit review.

Date:    7/30/2025

CLERK OF COURT

s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*