E-FILED
Friday, 29 August, 2025  03:28:11 PM
Clerk, U.S. District Court, ILCD

IN THE U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Benjamin McBROOM,
　　Plaintiff

V.

Mark LANDERS, et al.,
　　Defendants

Case No. 2022-cv-3073

Hon. Jonathan E. Hawley,
District Judge

## NOTICE OF APPEAL

Notice is hereby given that BENJAMIN McBROOM, the pro se Plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Seventh Circuit, from the final judgment entered in this case on July 30, 2025 [d/e 100].

The Plaintiff appeals the entry of summary judgment for Defendants, as well as other rulings including, but not limited to: dismissal of claims and defendants in Merit Review screening [d/e 12, 03/08/2023], the District Court's refusal to recruit counsel for Plaintiff [d/e 95 pp. 4-5, 05/14/2025] in light of his disability and his inability to communicate with witnesses due to his incarceration, and the denial of additional extensions to respond substantively to Defendants' summary judgment motion [text order 6/2/25], in light of Plaintiff's disability and conditions of his incarceration, where Defendants affirmatively indicated they had no objection to an additional extension of time.

Due directly to IDOC's continued non-accommodation of Plaintiff's severe physical disability, and continual "Emergency" lockdowns on a daily basis, it is not possible for a Docketing Statement or IFP application to be submitted at this time, and the Plaintiff requests at least 28 days to prepare and submit the same.

I hereby certify that I am submitting this instrument for E-filing in accordance with prison rules, this 29th day of August 2025.

/s/ _____

BENJAMIN McBROOM
M35692
10930 LAWRENCE RD.
SUMNER, IL 62466